# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT
9/7/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

Reset Form

Case Number: 2:21-cr-00418-DMG
U.S.A. v. Rik Wimp
☐ Indictment    ☑ Information

Defendant Number: 1
Year of Birth: 1966
Investigative agency (FBI, DEA, etc.): FBI

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
- ☐ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense
- ☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☑ Felony

b. Date of Offense: January 31, 2020

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
- ☑ Los Angeles    ☐ Ventura
- ☐ Orange    ☐ Santa Barbara
- ☐ Riverside    ☐ San Luis Obispo
- ☐ San Bernardino    ☐ Other

Citation of Offense: 18 U.S.C. 1001

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- ☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- ☐ Eastern (Riverside and San Bernardino)    ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- ☑ No    ☐ Yes

If "Yes," Case Number:

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number: N/A
Assigned Judge: N/A
Charging: N/A

The complaint/CVB citation:
- ☐ is still pending
- ☐ was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented?    ☐ No    ☐ Yes
IF YES, provide Name: N/A
Phone Number: N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*    ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☐ No

This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A
Case Number: N/A

The superseded case:
- ☐ is still pending before Judge/Magistrate Judge N/A
- ☐ was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes    ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male ☐ Female
☑ U.S. Citizen ☐ Alien

Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☑ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☑ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: N/A

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: N/A
c. If Federal, U.S. Marshals Service Registration Number: N/A
d. ☐ Solely on this charge. Date and time of arrest: N/A
e. On another conviction: ☐ Yes ☑ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☑ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court: N/A
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___20 ___21 ___40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 8/30/2021

*David Ryan* (signature)
Signature of Assistant U.S. Attorney
David Ryan
Print Name